BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE BRANDYWINE COMMUNICATIONS | § | MDL No. 2462 |
| TECHNOLOGIES, LLC PATENT LITIGATION | § | |

**PLAINTIFF BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC'S
MOTION TO TRANSFER TO THE MIDDLE DISTRICT OF FLORIDA PURSUANT TO 28 U.S.C. § 1407
FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

**EXHIBIT Q**

**LOCATIONS OF DEFENDANTS**

| Defendant | Principle Place of Business | Flight Miles to Orlando* | Flight Miles to Oakland* | Flight Miles to Dallas/Ft. Worth** | Flight Miles to Harrison, AR** |
|---|---|---|---|---|---|
| Dakota Communications, LLC | Tucson, AZ | 1780 | 745 | 810 | 1050 |
| Datum Communications, Inc. d/b/a Extreme Internet | Scottsdale, AZ | 1840 | 643 | 865 | 1080 |
| Internet Holdings, LLC d/b/a Interwrx Networking Services, Inc. | Mesa, AZ | 1830 | 654 | 865 | 1080 |
| American Network Communications, Inc. | Fayetteville, AR | 914 | 1550 | 280 | ***0 |
| NATCO Communications, Inc. | Flippin, AR | 876 | 1600 | 321 | ***0 |
| Windstream Corporation | Little Rock, AR | 775 | 1680 | 304 | 118 |
| SBC Internet Services, LLC | San Ramon, CA | 2430 | ***0 | 1450 | 1600 |
| Corporate West Computer Systems, Inc. | Campbell, CA | 2410 | ***0 | 1430 | 1590 |
| Impulse Advanced Communications, LLC | Santa Barbara, CA | 2290 | 262 | 1310 | 1500 |
| LA Bridge Inc. | Pollock Pines, CA | 2400 | ***0 | 1430 | 1560 |
| MegaPath Inc. | Pleasanton, CA | 2410 | ***0 | 1450 | 1600 |
| MM Internet, Inc. | Long Beach, CA | 2200 | 352 | 1220 | 1420 |
| OM Networks D/B/A OMSoft Technologies | Davis, CA | 2400 | ***0 | 1430 | 1560 |
| Sonic.net, Inc. | Santa Rosa, CA | 2470 | ***0 | 1490 | 1630 |
| Surfnet Communication, Inc. | Scotts Valley, CA | 2410 | ***0 | 1430 | 1590 |

| Defendant | Principle Place of Business | Flight Miles to Orlando* | Flight Miles to Oakland* | Flight Miles to Dallas/Ft. Worth** | Flight Miles to Harrison, AR** |
|---|---|---|---|---|---|
| Precision Communications, Inc., d/b/a, PCI Systems, Inc. | Colorado Springs, CO | 1520 | 951 | 592 | 656 |
| Qwest Corporation | Denver, CO | 1540 | 954 | 640 | 673 |
| Cactus International, Inc. d/b/a Cactus Computer & Internet Service | Moscow, ID | 2300 | 675 | 1420 | 1430 |
| Consolidated Communications Holdings, Inc. | Mattoon, IL | 860 | 1820 | 692 | 372 |
| DLS Computer Services, Inc. | Lake in the Hills, IL | 1010 | 1830 | 801 | 484 |
| CenturyTel Broadband Services, LLC | Monroe, LA | 697 | 1730 | 292 | 266 |
| Coastal Telco Services, Inc. | Nobleboro, ME | 1270 | 2760 | 1690 | 1380 |
| Union River Telephone Company | Aurora, ME | 1320 | 2790 | 1730 | 1410 |
| Galaxy Internet Services, Inc. | Newton, MA | 1120 | 2680 | 1560 | 1250 |
| HickoryTech Corporation | Mankato, MN | 1290 | 1530 | 852 | 595 |
| G4 Communications Corporation | Manchester, NH | 1140 | 2660 | 1550 | 1240 |
| AT&T Corporation | Bedminster, NJ | 938 | 2550 | 1370 | 1070 |
| DBSolutions, Inc. d/b/a Web Force Systems | Columbus, OH | 803 | 2100 | 925 | 614 |
| Graydog Internet, Inc. | Portland, OR | 2530 | 544 | 1610 | 1650 |
| PEAK Internet, LLC | Corvallis, OR | 2550 | 471 | 1600 | 1660 |
| Stayton Cooperative Telephone Company d/b/a/ Willamette Valley Internet | Stayton, OR | 2540 | 446 | 1600 | 1660 |
| Orbitcom, Inc. | Sioux Falls, SD | 1350 | 1390 | 738 | 540 |
| Loretto Communication Services, Inc. | Loretto, TN | 572 | 1930 | 555 | 328 |
| Colorado Valley Communications, Inc. | La Grange, TX | 994 | 1490 | 184 | 488 |
| Texas Communications, Inc. | Abilene, TX | 1130 | 1330 | 157 | 457 |
| TMN, Inc., d/b/a Mesh.net Internet Services | Fort Worth, TX | 983 | 1450 | ***0 | 321 |
| Ikano Communications, Inc. | Salt Lake City, UT | 1930 | 586 | 986 | 1060 |
| InReach Internet, Inc. | Williston, VT | 1190 | 2560 | 1510 | 1190 |
| Trinet-E Telecommunications, Inc. | Green Bay, WI | 1170 | 1820 | 932 | 626 |
| **TOTAL** | | **62182** | **46533** | **40071** | **38798** |

\* *See* Dkt. No. 59 at 17-18.
\*\* Miles calculated from nearest airport.  http://www.webflyer.com/travel/mileage_calculator/; http://www.travelmath.com/nearest-airport/; *see* Dkt. No. 59 at 17-18.
\*\*\* Less than 100 miles to airport.  *See* Dkt. No. 59 at 17-18.